**Affirmed and Opinion Filed September 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01251-CR
### No. 05-14-01252-CR

### LAVANDRA DONTEKA RUSHING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F13-61091-W, F12-10110-W

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

Lavandra Donteka Rushing appeals her convictions for abandoning a child with the intention to return and theft of property valued at $1,500 or more but less than $20,000. The trial court assessed punishment in each case at confinement for eighteen months in a state jail facility. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised

appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47

141251F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAVANDRA DONTEKA RUSHING,
Appellant

No. 05-14-01251-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-61091-W).
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.


Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED**.


Judgment entered September 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAVANDRA DONTEKA RUSHING,
Appellant

No. 05-14-01252-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-10110-W).
Opinion delivered by Justice Francis,
Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED**.

Judgment entered September 29, 2015.